■ In the Matter of ROBERT J. MORGAN, Appellant, v LEE P. BROWN, as Police Commissioner of the City of New York and as Chairman of the Police Pension Fund, Article II, et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (David H. Edwards, Jr., J.), entered on May 23, 1991, unanimously affirmed for the reasons stated by Edwards, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Ellerin, Kupferman, Kassal and Rubin, JJ.

■ DATRONICS MANAGEMENT, INC., Appellant, v ADVO-SYSTEM, INC., Respondent.—Order, Supreme Court, New York County (Shirley Fingerhood, J.), entered on October 4, 1991, unanimously affirmed for the reasons stated by Fingerhood, J., without costs and without disbursements. No opinion. Concur —Carro, J. P., Ellerin, Kupferman, Kassal and Rubin, JJ.

■ MARK GLICKMAN, Appellant, v HOWARD STERN et al., Respondents.—Judgment, Supreme Court, New York County (Carmen Beauchamp Ciparick, J.), entered on November 27, 1991, unanimously affirmed for the reasons stated by Ciparick, J., without costs and without disbursements. No opinion. Concur—Milonas, J. P., Rosenberger, Ross and Asch, JJ.

■ TRI-STAR INTERNATIONAL MANAGEMENT, INC., Appellant, v INTERNATIONAL MERCHANDISING CORPORATION, Respondent. —Order, Supreme Court, New York County (Carol H. Arber, J.), entered March 18, 1991, which granted defendant's motion to dismiss the complaint for failure to state a cause of action, and denied plaintiff's cross-motion for leave to amend the complaint, unanimously affirmed, with costs.

The complaint in this action for interference with prospective contractual relations was properly dismissed for failure to allege any dishonest or unlawful means *(see, Harden, S.P.A. v Commodore Elecs.,* 90 AD2d 733, 734). This basic deficiency was not cured by plaintiff's proposed amendment, which relates only to a change in the form of plaintiff's business organization from a corporation to a partnership. Thus leave to amend was properly denied *(East Asiatic Co. v Corash,* 34 AD2d 432). Concur—Sullivan, J. P., Wallach, Kupferman and Kassal, JJ.